# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN L. KAYSER, ET AL.,

        Plaintiffs,

   v.

WHATCOM COUNTY, ET AL.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.   C18-1492 RSM

___   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court**. This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56. (Dkt. #40) is GRANTED.  Plaintiffs' Motions in Limine (Dkt. #49) are DENIED as moot.  Plaintiffs' claims are DISMISSED with prejudice.  This case is CLOSED.

DATED this 24th day of September, 2021.


RAVI SUBRAMANIAN_____
Clerk


*s/Paula McNabb*_____
Deputy Clerk