**FILED**

MAY 25 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEVEN L. KAYSER; GLORIA YOUNG, individually, and as husband and wife,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>WHATCOM COUNTY, a political subdivision of the State of Washington; DAVID S. MCEACHRAN, Prosecuting Attorney for Whatcom County,<br><br>        Defendants-Appellees. | No.   21-35860<br><br>D.C. No. 2:18-cv-01492-RSM<br>Western District of Washington, Seattle<br><br><br>ORDER |

The Court is of the opinion that the facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be significantly aided by oral argument. Therefore, this matter is ordered submitted without oral argument on June 6, 2022, at Seattle, Washington. Fed. R. App. P. 34(a)(2)(C).

FOR THE COURT

MOLLY DWYER
CLERK OF COURT

By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7