**FILED**

**JUL 13 2022**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEVEN L. KAYSER; GLORIA YOUNG, individually, and as husband and wife,<br><br>        Plaintiffs-Appellants,<br><br>v.<br><br>WHATCOM COUNTY, a political subdivision of the State of Washington; DAVID S. MCEACHRAN, Prosecuting Attorney for Whatcom County,<br><br>        Defendants-Appellees. | No.   21-35860<br><br>D.C. No. 2:18-cv-01492-RSM<br>Western District of Washington, Seattle<br><br><br>ORDER |

Before: GILMAN,[*] IKUTA, and MILLER, Circuit Judges.

The panel has unanimously voted to deny appellants' petition for panel rehearing. The petition for panel rehearing (Dkt. 39) is DENIED.

---

    [*] The Honorable Ronald Lee Gilman, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.