| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JUL 22 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| STEVEN L. KAYSER and GLORIA YOUNG, individually, and as husband and wife,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>WHATCOM COUNTY, a political subdivision of the State of Washington and DAVID S. MCEACHRAN, Prosecuting Attorney for Whatcom County,<br><br>        Defendants - Appellees. | No. 21-35860<br><br>D.C. No. 2:18-cv-01492-RSM<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered June 28, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                              FOR THE COURT:

                                              MOLLY C. DWYER
                                              CLERK OF COURT

                                              By: Quy Le
                                              Deputy Clerk
                                              Ninth Circuit Rule 27-7